UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-03518 GW (AFM)**                                    Date:  **09/08/17**

Title  **Rachel English v. Nancy A. Berryhill**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Shea Bourgeois | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

     Pursuant to the Court's Order Re: Procedures in Social Security Appeal, filed May 16, 2017 (ECF No. 6), plaintiff was ordered to send a settlement proposal to government counsel within 14 days from service of the administrative record.  According to the docket, the administrative record was served on plaintiff on August 17, 2017, thereby giving plaintiff until August 31, 2017 to send a settlement proposal to the government counsel.  Plaintiff was also encouraged to engage in written or telephonic discussions with government counsel.  Government counsel has advised the Court that defendant has not received a settlement proposal or any other contact from plaintiff.  (ECF No. 12.)

     Accordingly, IT IS ORDERED that within 14 days of the date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.  Alternatively, within 14 days of the date of this Order, plaintiff shall send a settlement proposal to government counsel and provide notice of such to the Court.  Government counsel shall advise the Court if a settlement proposal is not received within 14 days.  If plaintiff fails to file a written objection to dismissal of this action and fails to provide government counsel with a settlement proposal within the time specified, the Court will recommend that this matter be dismissed for failure to prosecute.

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | sb |